Larry Zerner (SBN 155473)
Email: Larry@ZernerLaw.com
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
(310) 388-5624 Fax
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff Thomas Fleming

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THOMAS FLEMING | Case No.: SACV11-00666 AG (ANx) |
| Plaintiff, | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT |
| vs. | |
| HOMEGOODS, INC., ATI INDUSTRIES, INC., dba PRESTIGE ARTS, and DOES 1-10, Inclusive, | DEMAND FOR JURY TRIAL (F.R.C.P. Rule 38) |
| Defendants | |

Plaintiff alleges:

## JURISDICTION AND VENUE

1. The present action arises under the Copyright Act, Title 17, Section 101, et seq., of the United States Code.

2. Jurisdiction is conferred on this Court by 28 U.S.C. Section 1338(a).

3. Venue lies in the Central District of California under 28 U.S.C. Section 1400(a).

Complaint

## PARTIES

4.      At all times material hereto, Plaintiff Thomas Fleming (hereafter referred to as "Plaintiff") was and is a professional artist and illustrator.  Plaintiff resides in Wilmington, North Carolina.

5.  Plaintiff is informed and believes, and upon that basis alleges, that at all times relevant hereto, Defendant Homegoods, Inc. was a Delaware corporation with its principal place of business located in Framingham, Massachusetts.  Plaintiff is further informed and believes that Defendant owns and operates the HomeGoods chain of stores which are located throughout Los Angeles and the Southern California area, as well as throughout the United States.

6.  Plaintiff is informed and believes, and upon that basis alleges, that at all times relevant hereto, Defendant ATI Industries, Inc., ("ATI") was a Nevada corporation with its principal place of business located in Orange County, California.  Plaintiff is further informed and believes that ATI is doing business as Prestige Arts.

7.  Plaintiff is informed and believes, and on that basis alleges, that various persons and entities, whose names are presently unknown to Plaintiff, participated in and are liable for the wrongful acts set forth herein.  Plaintiff will seek leave of Court to amend the Complaint to add such persons and entities as Defendants and to allege the exact nature of their wrongful conduct when such information has

Complaint

been ascertained.

8.  Plaintiff is informed and believes, and on that basis allege, that in connection with the acts set forth herein, each of the Defendants acted willingly, intentionally, and knowingly, both for himself, herself, or itself, and in concert with each other defendant, and as an agent for each other defendant, and was at all times acting within the course and scope of such agency, with the consent, authorization and/or ratification of each other defendant, and in furtherance of a common scheme to infringe the copyrights, and other valuable rights of Plaintiff.

9.  Plaintiff is a professional artist and illustrator.  He regularly sells his work at art shows around the United States, at art galleries, and through his websites located at www.Flemart.com and www.flemingeditions.com.

10.  Two of Plaintiff's works are "Depths of Love" and "Spirit & Life." Copies of these works are attached to the Complaint as Exhibits 1 and 2.

11.  In 2011, Plaintiff applied for registration for both "Depths of Love" and "Spirit & Life."  Copies of the receipt for application of copyright registration are attached hereto as Exhibits 3 and 4.

12.  In 2010, ATI and Does 1-10 approached Plaintiff with an offer to license the right to reproduce and sell certain art works by Plaintiff including "Depths of Love" and "Spirit & Life."  Plaintiff listened to the offer by ATI, and discussed it

Complaint

with them, but in the end decided that he was not willing to agree to allow ATI to license his artwork. At no point did Plaintiff, either expressly or by implication, grant ATI a license to reproduce, manufacture, sell, distribute, or copy his artwork.

13. ATI apparently felt that even though Plaintiff never agreed to allow it to distribute his artwork, it would do so anyway. This action by ATI was willful and in conscious disregard for Plaintiff's rights.

14. Upon information and belief, at some point within the past year, ATI and Does 1-10 began manufacturing, distributing, selling, and licensing others to sell Plaintiff's artwork, including "Depths of Love" and "Spirit & Life."

15. Upon information and belief, within the past year, Homegoods and Does 11-20 began selling illegal reproductions of Plaintiff's artwork, including "Depths of Love" and "Spirit & Life" to the public. Homegoods and Does 11-20's wrongful actions were done in conjunction with ATI.

Attorneys' Fees and Costs

16. By reason of the wrongful acts of defendants, Plaintiff has been forced to retain the Law Offices of Larry Zerner to prosecute the present action. As a result, Plaintiff will incur attorneys' fees in an amount yet to be fully ascertained, but which is reasonably expected to exceed Ten Thousand Dollars ($10,000.00).

FIRST CLAIM FOR RELIEF

## For Infringement of Plaintiff's artwork

## Under the Copyright Act (17 U.S.C. Section 501 et seq.)

17.    Plaintiff re-allege and incorporate by reference, as though set forth in full, paragraphs 1 through 15 above as though fully set forth herein.

18.  As set forth above, ATI and Does 1-10 have infringed Plaintiff's copyright to his artwork by among other things, manufacturing, copying, selling, distributing, and licensing others to sell and distribute, Plaintiff's artwork, including "Depths of Love" and "Spirit & Life."

19.  As set forth above, Homegoods and Does 11-20 have infringed Plaintiff's copyright by, among other things, selling reproductions of Plaintiff's artwork, including "Depths of Love" and "Spirit & Life" without Plaintiff's knowledge or consent.

20.  By reason of the foregoing, Plaintiff has sustained, and will continue to sustain, substantial and irreparable injuries, loss and damage to his copyright.

21.  Plaintiff has also sustained, and will continue to sustain, substantial damage to the value of his artwork in that the wrongful acts of Defendants diminish the revenues which Plaintiff would otherwise receive from his own distribution, and other exploitation of the artwork.

22.  Defendant threatens to continue to act as alleged above, and unless restrained

and enjoined, will continue to do so, all to Plaintiff's irreparable injury. The amount of compensation which would afford adequate relief to Plaintiff for such injury will be difficult to ascertain. The wrongful acts of Defendant are of a continuing nature and will require a multiplicity of judicial proceedings. Accordingly, Plaintiff's remedy at law is inadequate, and Plaintiff is entitled to preliminary and permanent injunctive relief to enjoin the wrongful conduct of Defendant alleged above.

23. Notwithstanding the foregoing, as the direct and proximate result of the wrongful acts of Defendant, Plaintiff has been damaged in an amount according to proof at trial. Plaintiff will seek leave of Court to amend this Complaint when the full nature and extent of such monetary damages are ascertained.

24. Furthermore, in acting as alleged above, Plaintiff is informed and believes, and on that basis allege, that Defendants have acted oppressively, maliciously and willfully for the purpose of injuring Plaintiff, and, therefore, Plaintiff is entitled to additional damages in an amount to be proven at trial for willful and knowing infringement, but in no event less than $150,000.

WHEREFORE, Plaintiff Thomas Fleming prays for judgment against Defendants as follows:

1.   That Defendants be required to pay Plaintiff such damages as Plaintiff

has sustained or will sustain by reason of Defendant's conduct, and to account for all gains, profits and advantages derived by Defendant from such conduct but in no event less than $150,000.

2.   That all items which infringe Plaintiff's copyright be impounded surrendered up and forfeited to Plaintiff for destruction or other disposition.

3.   That Defendant and Defendant's agents, servants, and employees, and each of them, and all persons acting in concert and participation with them, be enjoined and restrained during the pendency of this action and permanently thereafter from infringing any and all of the copyrights in his artwork by, among other things, acquiring, copying, manufacturing, distributing, and selling Plaintiff's artwork; and

4.   That Defendants be required to pay to Plaintiff his attorneys' fees and costs incurred in connection with the prosecution of this action; and

5.   For such other and further relief as the Court deems appropriate.

DATED: May 3, 2011              LAW OFFICES OF LARRY ZERNER


By: _____
      Larry Zerner
      Attorney for Plaintiff

1
2      ## DEMAND FOR TRIAL BY JURY
3          Plaintiff Thomas Fleming pursuant to Rule 38 of the Federal Rules of Civil
4
       Procedure hereby demands trial by jury of all issues so triable in the present action.
5
6      DATED: May 2, 2011              LAW OFFICES OF LARRY ZERNER
7
8                                By: _____
9                                    Larry Zerner
                                     Attorney for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Complaint

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



DEPTHS OF LOVE

Exhibit 1

Complaint

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



SPIRIT & LIFE

Exhibit 2

Complaint

# *-APPLICATION-*

## Title

**Title of Work:** Depths of Love

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** January 7, 2007        **Nation of 1st Publication:** United States

## Author

■  **Author:** Thomas Michael Fleming, dba  Thomas Fleming

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

**Year Born:** 1966

## Copyright claimant

**Copyright Claimant:** Thomas Michael Fleming

207 Carl Seitter Dr., Wilmington, NC, 28401, United States

## Certification

**Name:** Thomas Michael Fleming

**Date:** April 26, 2011

Exhibit 3

**Registration #:**

**Service Request #:** 1-601312192

**Priority:** Routine                                   **Application Date:** April 26, 2011 03:03:52 PM

## Correspondent

**Name:** Thomas Michael Fleming

**Email:** flemart@bellsouth.net                          **Telephone:** 910-762-5045

**Address:** 207 Carl Seitter Dr.                         **Alt. Telephone:** 910-274-1341
Wilmington, NC 28401 United States

## Mail Certificate

Thomas Michael Fleming
207 Carl Seitter Dr.
Wilmington, NC 28401  United States

# *-APPLICATION-*

## Title

**Title of Work:** Spirit & Life

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** January 7, 2006    **Nation of 1st Publication:** United States

## Author

■    **Author:** Thomas Michael Fleming

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1966

## Copyright claimant

**Copyright Claimant:** Thomas Michael Fleming

207 Carl Seitter Dr., Wilmington, NC, 28401, United States

## Certification

**Name:** Thomas Michael Fleming

**Date:** April 26, 2011

Exhibit 4

**Registration #:**

**Service Request #:** 1-592328641

**Priority:** Routine            **Application Date:** April 26, 2011 02:40:35 PM

## Correspondent

**Name:** Thomas Michael Fleming

**Email:** flemart@bellsouth.net

**Address:** 207 Carl Seitter Dr.
Wilmington, NC 28401 United States

**Telephone:** 910-762-5045

**Alt. Telephone:** 910-274-1341

## Mail Certificate

Thomas Michael Fleming
207 Carl Seitter Dr.
Wilmington, NC 28401  United States

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV11- 666 AG (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [_] **Western Division** | [X] **Southern Division** | [_] **Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Larry Zerner (SBN 155473)
Law Office of Larry Zerner
1801 Century Park East, Suite 2400
Los Angeles, California 90067
(310) 773-3623
Larry@ZernerLaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Fleming | **CASE NUMBER** |
| PLAINTIFF(S) | **SACV11-00666 AG (ANx)** |
| v. | |
| Homegoods, Inc., ATI Industries, Inc., dba Prestige Arts and Does 1-10, Inclusive | **SUMMONS** |
| DEFENDANT(S). | |

TO:  DEFENDANT(S):  Homegoods, Inc. ATI Industries, Inc. dba Prestige Arts and Does 1-20, inclusive

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Larry Zerner_____, whose address is _1801 Century Park East, Suite 2400, Los Angeles, California 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAY - 3 2011____

By: _____
**CHRISTOPHER POWERS**

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Thomas Fleming

**DEFENDANTS**
Homegoods, Inc.
ATI Industries, Inc., dba Prestige Arts

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Larry Zerner - Law Office of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067     Phone: 310-773-3623

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. 501  Copyright Infringement of Plaintiff's artwork

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

SACV11-00666

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | North Carolina |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ATI Industries, Inc., dba Prestige Arts - Orange County | Homegoods, Inc., - Massachusetts |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  April 26, 2011

   Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |