Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
(310) 388-5624 Fax
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff Thomas Fleming

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FLEMING,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEGOODS, INC.,<br>ATI INDUSTRIES, INC., dba<br>PRESTIGE ARTS, and DOES 1-10,<br><br>Defendants. | Case No.: SACV11-00666 AG(ANx)<br><br>MEMORANDUM OF CONTENTIONS OF FACT AND LAW<br><br>Trial Date: March 27, 2012<br>Pre-Trial Conference: March 12, 2012<br>Discovery Cut-Off: December 27, 2011 |

**MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

**Claim**: Defendants Homegoods, Inc. and ATI Industries, Inc., dba Prestige Arts infringed Plaintiff's copyright in two paintings.  ATI manufactured 120 copied of

the two paintings and sold the 120 copies to Homegoods.  Homegoods then sold the 120 copies to the public at their stores.

**Elements Required to Establish Plaintiff's Claim for Copyright Infringement**

1. The plaintiff is the owner of a valid copyright; and

2. The defendants copied original elements from the copyrighted work.

  See, Ninth Circuit Manual of Model Jury Instructions: Civil §17.4( 2004).

**Evidence In Support Of The Claim Of Copyright Infringement**

  Defendants do not dispute that they sold Plaintiff's paintings.  Both ATI and Homegoods admitted in their responses to special interrogatories that they sold the artwork.  Plaintiff will also produce invoices and purchase orders showing the purchase and sale of the paintings.  Plaintiff will produce evidence consisting of records of past sales of his artwork to establish the damages incurred by the infringement.

**Evidence Relied on in Opposition to Defendant's Affirmative Defenses**

  Plaintiff has emails produced by Defendants that show that Defendant did not have permission to sell Plaintiff's artwork.  With regard to Defendant's contentions that Plaintiff did not own the copyright, or that the copyright was in the public domain or that Defendants made a "fair use" of Plaintiff's copyright, Plaintiff has seen no evidence or argument to support these defenses.  Plaintiff will

testify that he created the artwork and will show the copyright registration for the artwork.

**Evidentiary Issues**

Plaintiff believes that Defendant may attempt to introduce emails between ATI and Jonnie Chardon, who was Plaintiff's agent.  Plaintiff would object to the introduction of such emails as hearsay.

**Issues of Law**

Plaintiff does not believe that there are any issues of law in this case.

**Bifurcation of Issues**

Plaintiff is not making any request for bifurcation.

**Jury Trial**

Plaintiff has agreed to waive his right to a jury trial.  Defendant never made a demand for a jury trial so the matter should be tried by the Court.

**Attorney's Fees**

Attorney's fees are not available in this case.

**Abandonment of Issues**

Plaintiff has not abandoned any pleaded claims.

Dated: February 20, 2012          Law Office of Larry Zerner

                                                  By: _____
                                                        Larry Zerner
                                                        Attorneys for Plaintiff