# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-0666-AG(ANx) | Date | March 12, 2012 |
| Title | THOMAS FLEMING v HOMEGOODS, INC, ET AL | | |

Present: The Honorable  ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Larry Zerner | Daniel Brown |

**Proceedings:**   PRETRIAL CONFERENCE

Cause is called for hearing and counsel make their appearances.  Court and counsel confer. Pretrial Conference Order is signed and filed. 2 Day Court Trial remains set on March 27, 2012 at 9:00 a.m.

                                                                                                    :   10

Initials of Preparer   lmb