Greg David Derin, Esq.
1925 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone: (310) 552-1062

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Fleming | **CASE NUMBER** |
| Plaintiff(s) | SACV11-00666 AG (ANx) |
| v. | |
| Homegoods, Inc., et al. | **MEDIATION REPORT** |
| Defendant(s). | |

***Instructions:*** *The mediator shall file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator shall file a subsequent Report.*

1. ☑ A mediation was held on (date): January 30, 2012

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☐ Appeared as required by Civil L.R. 16-15.5(b).
   ☑ Did not appear as required by Civil L.R. 16-15(b).
       ☐ Plaintiff or plaintiff's representative failed to appear.
       ☐ Defendant or defendant's representative failed to appear.
       ☑ Other: Parties appeared telephonically by agreement with the mediator

3. Did the case settled?
   ☐ Yes, fully.
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? (date:) _____

Dated: May 14, 2012

                                                  Signature of Mediator
                                                  Greg David Derin
                                                  Name of Mediator (print)

The Mediator is to electronically file original document.