UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | SACV 11-0666-AG(ANx) | Date | July 19, 2012 |
|---|---|---|---|
| Title: | THOMAS FLEMING v HOMEGOODS INC, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | | Denise Paddock |
| *Deputy Clerk* | | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Larry Zerner | Daniel Brown, Roxanna Watrous, Casondra Ruga |

1st ____ Day Court Trial   ____ Day Jury Trial

____ One day trial:   X  Begun (1st day);   X  Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
X  Opening statements made by   both sides.
X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
X  Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for   ____   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by ____
____ Motion to dismiss by ____   is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by ____   is   ____ granted.   ____ denied.   ____ submitted.
X  Motion for Judgment/Directed Verdict by   defendants   is   ____ granted.   X  denied.   ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to   July 20, 2012 at 9:00 a.m.   for further trial/further jury deliberation.
____ Other:

                                                        6  :  32
                                        Initials of Deputy Clerk _____

cc: