# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 11-0666-AG(ANx) |
| Title: | THOMAS FLEMING v HOMEGOODS INC, ET AL |
| Date | July 20, 2012 |

Present: The Honorable **ANDREW J. GUILFORD**

| Lisa Bredahl | Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Larry Zerner | Daniel Brown, Roxanna Watrous, Casondra Ruga |

2ND Day Court Trial     ___ Day Jury Trial

___ One day trial:     ___ Begun (1st day);     ___ Held & Continued;     X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X Witnesses called, sworn and testified.     X Exhibits Identified     X Exhibits admitted.
___ Plaintiff(s) rest.     X Defendant(s) rest.
X Closing arguments made by     X plaintiff(s)     X defendant(s).     ___ Court instructs jury.
___ Bailiff(s) sworn.     ___ Jury retires to deliberate.     ___ Jury resumes deliberations.
___ Jury Verdict in favor of     ___ plaintiff(s)     ___ defendant(s) is read and filed.
___ Jury polled.     ___ Polling waived.
X Filed Witness & Exhibit Lists     ___ Filed jury notes.     ___ Filed jury instructions.
X Judgment by Court for     X plaintiff(s)     ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by     ___ plaintiff(s)     ___ defendant(s).
X Case submitted.     ___ Briefs to be filed by
___ Motion to dismiss by     ___ is     ___ granted.     ___ denied.     ___ submitted.
___ Motion for mistrial by     ___ is     ___ granted.     ___ denied.     ___ submitted.
___ Motion for Judgment/Directed Verdict by defendants     ___ is     ___ granted.     ___ denied.     ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to ___ for further trial/further jury deliberation.
X Other: Oral Findings, Conclusions of Law & Judgment given. Damages of $10,800 jointly and severally against

4 : 57

Initials of Deputy Clerk  lmb