***COPY***

Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
(310) 388-5624 Fax
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff Thomas Fleming

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FLEMING,<br><br>                        Plaintiff,<br><br>            vs.<br><br>HOMEGOODS, INC.,<br>ATI INDUSTRIES, INC., dba<br>PRESTIGE ARTS, and DOES 1-10,<br><br>                        Defendants. | Case No.: SACV11-00666 AG(ANx)<br><br>STIPULATION OF DISMISSAL |

   IT IS HEREBY STIPULATED, by and between the parties to this action, by their designated counsel, that the above-captioned matter be and hereby is dismissed with prejudice as to all Defendants.  All parties to pay their own costs and attorney's fees.

Dated: August 9, 2012              Law Office of Larry Zerner

                                   By: _____
                                       Larry Zerner
                                       Attorneys for Plaintiff

Dated: August 9, 2012              LAW OFFICE OF DANIEL BROWN

                                   By: _____
                                       Daniel Brown
                                   Attorney for Defendants HOMEGOODS, INC.,
                                   ATI INDUSTRIES, INC., dba PRESTIGE ARTS